ACCEPTED
12-15-00001-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/21/2015 3:50:21 PM
CATHY LUSK
CLERK

## NUMBER 12-15-00001-CR

| | | |
|---|---|---|
| **OSCAR PERKINS** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **12TH JUDICIAL DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **TYLER, TEXAS** |

12th COURT OF APPEALS
TYLER, TEXAS
8/21/2015 3:50:21 PM
CATHY S. LUSK
Clerk

### STATE'S FIRST MOTION FOR EXTENSION
### AND FOR LATE FILING OF BRIEF

TO THE HONORABLE COURT OF APPEALS:

Comes now the State of Texas and presents its first motion for an extension of time and for late filing of its brief in the above-captioned cause, showing the following facts and circumstances in support:

A. The case was originally disposed of by a jury trial on the issue of guilt/innocence and a bench trial on punishment in the 114th District Court of Smith County, Texas, the Honorable Christi J. Kennedy presiding.

B. The trial court cause number was 114-1209-14, and the case was styled *The State of Texas v. Oscar Perkins.*

C. The jury found appellant guilty of the offense of assault as charged in the indictment, and the trial court assessed his punishment at confinement for life in the Texas Department of Criminal Justice—Institutional Division without a fine.

D. Appellant filed his brief on 22 July 2015. The State's Brief is due to be filed in this Court on or before 21 August 2015.

E. There have been two extensions of time granted for the filing of appellant's brief and no previous extensions requested by or granted to the State.

F. Pursuant to Rules 2, 10.5(b), and 38.6(d) of the Texas Rules of Appellate Procedure, the State is seeking the Court's indulgence on an extension of fourteen (14) days in order to allow the State an opportunity for timely filing its brief on or before 4 September 2015.

G. The facts relied on to support this request are as follows:

I, Aaron Rediker, the undersigned Assistant Criminal District Attorney, am one of the two attorneys assigned to the Appellate Division of the Smith County District Attorney's Office. After receiving appellant's brief, I have had to take my attention away from the case to work on the following appellate and habeas matters:

1. *Fountain v. State*, No. 12-15-00073-CR, State's Brief filed 19 August 2015.

2. *Ex parte Price*, Cause Number 114-1289-13-A, State's response filed 11 August 2015.

3. *Ex parte Runnels*, Cause Number 241-1615-05-E, State's response filed 10 August 2015.

4. *Davis v. State*, No. 12-15-00077-CR, State's Brief filed 5 August 2015.

5. *Thurman v. State*, No. 12-15-00007-CR, State's Brief filed 3 August 2015.

6. *Ex parte Bowers*, Cause Number 007-0909-14-A, State's response and request for designation of issues filed 29 July 2015.

7. *Ex parte Morris*, Cause Number 241-0904-07-C, State's response filed 29 July 2015.

8. *Knod v. State*, No. 12-15-00154-CR, State's Brief due 10 September 2015.

9. *Ex parte Hickman*, Cause Number 241-1237-11-B, State's response due 27 August 2015.

H. In addition to the cases listed above, I am regularly called upon to research issues arising at trial, answer questions from law enforcement, and to represent the State in evidentiary hearings on applications for writs of habeas corpus.

I. Therefore, this motion is not being filed for purposes of delay, but to allow the State to timely respond to the arguments in appellant's brief. The State has a great interest in affirming the judgment of the 114th District Court in this case.

J. All facts recited in this motion not within the record or the Court's knowledge in its official capacity are within the personal knowledge of the undersigned attorney, and a verification is therefore not required under Rule 10.2 of the Texas Rules of Appellate Procedure.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Court grant the foregoing motion and extend the time for filing its brief to 4 September 2015.

Respectfully submitted,

D. MATT BINGHAM
Criminal District Attorney
Smith County, Texas


/s/  Aaron Rediker
Aaron Rediker
Assistant District Attorney

3

SBOT #:  24046692
100 North Broadway, 4th Floor
Tyler, Texas 75702
Office:  (903) 590-1720
Fax:  (903) 590-1719 (fax)
arediker@smith-county.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), the undersigned attorney certifies that the word count for this document is 574 words as calculated by Microsoft Word 2010.


/s/  Aaron Rediker
Aaron Rediker


## CERTIFICATE OF SERVICE

On 21 August 2015, a legible copy of the foregoing motion was sent by email to James W. Huggler Jr., attorney for appellant, at jhugglerlaw@sbcglobal.net.


/s/  Aaron Rediker
Aaron Rediker

4